JOSEPH GREENBERG v. RICHARD GODFREY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

COMMISSIONER OF PUBLIC CHARITIES on Complaint of ELSIE KAMINSKY v. HENRY SPIEGEL.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SANITARY FIRE PROOFING & CONTRACTING CO., INC., v. FINKEL UMBRELLA FRAME CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GEORGE W. GREEN and Others v. NATHAN RESSLER.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE SMITH v. EDGAR G. SMITH.— Motion for stay denied, with ten dollars costs, and stay vacated. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE CITY OF NEW YORK v. THE NEW YORK EDISON COMPANY and Others.— Motion granted upon the terms indicated orally, the appellant to be prepared to argue the appeal from the order herein on April 1, 1921, if the respondent be then ready to proceed; if the respondent is not ready, then the appeal is to be heard on April 15, 1921. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LITTLEJOHN & BULL, INC., Respondent, v. SIEGFRIED DEUTSCH and Another, Doing Business under the Trade Name of HERO SNAP FASTENER COMPANY, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

MARIO GALLUZZO, an Infant, by COLOGERO GALUZZO, His Guardian ad Litem, Appellant, v. J. M. HORTON ICE CREAM COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

COLOGERO GALLUZZO, Appellant, v. J. M. HORTON ICE CREAM COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of GRACE WILSON, Respondent, v. CHARLES KAHN, Appellant. — Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

ISAAC LEON, as Administrator, etc., of BERNARD LEON, Deceased, Respondent, v. MURAD TAWILL and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

SIEGFRIED SALOMON and Others, Copartners in Business under the Name